Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__southern__ District of __Mississippi__

__Northern__ Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 17 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

Demarco Ladrell Mahviz Woodard, etc, et Al. Petitioners

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Mississippi, et al.

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:25-CV-271-CWR-LGI
_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Demarco Ladrell Marquiz Woodard, etc, et al.
      All other names by which you have been known: Demarco L. Woodard, Demarco Woodard, Marco Woodard
      ID Number: 65123
      Current Institution: Lauderdale County Detention Facility
      Address: 2001-5th St.
      City: Meridian   State: MS   Zip Code: 39301

   B. **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

      Defendant No. 1
      Name: Lynn Fitch
      Job or Title *(if known)*: Attorney General
      Shield Number: N/A
      Employer: State of Mississippi
      Address: P.O. Box 220, 550 High St. Suite 1200
      City: Jackson   State: MS   Zip Code: 39205
      [✓] Individual capacity   [ ] Official capacity

      Defendant No. 2
      Name: Margo Reed
      Job or Title *(if known)*: Probation Officer
      Shield Number: N/A
      Employer: State of Mississippi Probation / Parole Office
      Address: 1920-6th St.
      City: Meridian   State: MS   Zip Code: 39302
      [✓] Individual capacity   [ ] Official capacity

THE DEFENDANT(S)

DEFENDANT NO. 5

Name: Kathryn Martin
Job or title: District Attorney
Shield Number: N/A
Employer: Lauderdale County
Address: P.O. Box 5163
City: Meridian   State: MS   Zip code: 39301

☑ Individual Capacity   ☐ Official Capacity

DEFENDANT NO. 6

Name: Marcus D. Evans
Job or title: Attorney/Public Defender
Shield Number: N/A
Employer: County Office for Public Defenders (Lauderdale)
Address: 2006 - 6th St. P.O. Box 769
City: Meridian   State: MS   Zip code: 39301

☑ Individual Capacity   ☐ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Ward Calhoun
Job or Title (if known): Sheriff
Shield Number: N/A
Employer: Lauderdale County Sheriff Dept.
Address: 612-22nd Ave. South
         Meridian, MS 39801
         City          State    Zip Code
☑ Individual capacity  ☐ Official capacity

**Defendant No. 4**
Name: Kassie A. Coleman
Job or Title (if known): County Attorney
Shield Number: N/A
Employer: Lauderdale County
Address: P.O. Box 5163
         Meridian, MS 39301
         City          State    Zip Code
☑ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? by the placing substantive limitations A denial of Procedural due Process considerations, Abuse of discretion, mandatory on ~~~~ factors by the Protected liberty interests entitled to due Process Claus itself and the laws of the States for Speedy trial, Arraignment, right to Counsel, release, Bail Proceedings, initial Apperance etc.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The defendants have engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of Equal rights under law. The rights Protected against impairment by nongovernmental discrimination and impairment under color of state law. By depriving individuals Due process, Equal Protection of the law to Counsel, speedy trial, Bail Release, Arraignment Proceedings etc.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* Illegal Arrest, Malicous Prosecution, Illegal detainment

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On July 15, 2020, Plaintiff was Arrested by the Lauderdale County Sheriff Dept. on felon-in-Possession of a Firearm. He was released on a $5,000 bond. A Lauderdale County Grand Jury indicted him on May 12, 2021, and he was Arraigned on Jun 4, 2021. On June 15, 2021, Charges were filed against him for statutory Rape, and he was Arrested on Oct 5, 2021 by the Lauderdale County Sheriff Dept. on Oct 14, 2021, the Lauderdale County Circuit Court revoked his bond on felon-in-Possession Charge.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On Dec 12, 2022, Plaintiff under Inducement of Court Appointed Counsel Pled guilty to felon-id-Possession of a Firearm. He was sentenced to serve a term of ten Years in M.D.O.C. Custody, with six Years suspended, four Years to serve and five Years reporting Post-release supervision under M.D.O.C. supervision And upon his discharge from M.D.O.C. Custody to the Custody of Lauderdale County Sheriff Dept. Pending Charges/detainer his Court Appointed Counsel Assured him he would be released on Bond, but he has been held at stay And Abeyance since his release from MDOC on Jun 7, 2024, and he has since been discharged from MDOC due to Expiration of his sentence on Jul 9, 2024, Detained in the Lauderdale County detention Facility.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Dec 18, 2022 through currently Detainment under No Bail Release Pending charges/Detainer without Due Process on Pending charges, imposition of suspended sentence in unrelated charge felon-in-possession of firearm guilty Plea conviction.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* An incompetent defense attorney, shoddy evidence, and dubious investigative tactics by court proceedings that are unjust have deprived me the enumeration in the constitution, of certain rights (Federal and State) secured to me by the constitution or the laws of the united states. That the suspension of Bail release, Probation Informal Preliminary, prompt Arraignment as required violates Due Process without a hearing. That due process requires an individual in procedure resulting in deprivence of life liberty, or Property Constitutionally entitled to advance written notice of the charges against them and a statement of evidence relied on, the facts found, and the reasons supporting the decision to a grievous loss of liberty circumscribed by confinement.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Emotional distress, defamation of character, Emotional and Psychological (well-being) traumatic emotional/or mental distress, Existing Mental, Emotional, or Physical conditions, suffering, inconvenience, loss of enjoyment of life. Consult with the Psych Nurse Two times out a month, Prescribed vestirel for my anxiety Two times a day (Morning/Night) Meds. Insomnia is part of my injuries conditions that I did not receive treatment for because medical treatment isn't Perscribed for it.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. A reasonable Attorney's fee against the Person(s) Acting on behalf of a states Initiation of civil actions at the direction of the Attorney General, any officer or employee of the Dept. of Justice by subpoena access to an institution, as defined in Sec. 1997 title. to insure the minimum corrective measures necessary to insure the full enjoyment of such rights, privileges, or immunities, insofar as such Persons are subjected to conditions which deprive them of rights, Privileges, or immunities secured or protected by the constitution of the united states. d-MRCrP Commencement of criminal proceedings (Plaintiff Demands a trial by Jury) for damages and injunctive Relief under 42 u.s.c. 1983 for the deprivation of civil rights resulting from use of the unconstitutional Procedures

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Lauderdale County Detention Facility, C.M.C.F.,*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *Commencement of Criminal Proceedings, Arrest Warrant or Summons upon Commencement of Criminal Proceedings, Arrest and initial Appearance, Preliminary Hearing, Counsel, Bail Release, Indictment, Arraignment and Pleas*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Lauderdale County Detention Facility, C.M.C.F.

2. What did you claim in your grievance? denial of Parole/Probation, Bail Release, Illegal conduct by officials, Illegal Arrest, Denial of Due Process, Equal Protection of the laws, deprivance of Speedy trial, Counsel Representation, initial Appearance And Preliminary hearing

3. What was the result, if any? E-Mailed Attorney

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* I have Exhausted the Grievance Process and Completed it. I've Persued Federal, but Claims have been dismissed without Prejudice for failure to Exhaust state Remedies. Whereas, I've Persued Circuit Court And the state's Supreme Court & Court of Appeals to satisfy the Exhaustion Requirement of Current situation in Detainment without Due Process. However, claims Are still Pending in those Courts.

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I've Informed the Sheriff of Lauderdale County, The Mayor through Lt. Personnel (Jail Administrators), Court Appointed Attorney of Record, the County And District Attorney(s), Attorney General, Parole/Probation officer, Judge, since my release from the (M.D.O.C) on Jun 7, 2024, to Lauderdale County Custody to No Available Relief of currently still Detained under No Bail Release Without Due Process of law

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. CMCF-23-225, CMCF-23-1409, CMCF-24-0015, Cause No. 1:23-CV-273-JR, Cause No. 1:24-CV-23-JA, Cause No. 1:24-CV-00128-JA, Cause No. 1:24-CV-00129-JA, MDOC ARP 23-0379, Lauderdale County Jail Kiosk System. Id. 832021, 828987, 827781, 820533, 820519, 820311, 820282, 816824, 812299.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* An Court's order to File An Answer or other responsive Pleading relevant to the exhaustion of Plaintiff Admin. Remedies full And complete documents would show cause of Exhibits not in his Possession.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    Demarco L. Woodard
   Defendant(s)   Sheriff Billie Sollie, et Al.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. District Court Southern District of Miss.

3. Docket or index number
   2:23-CV-307-CWR-LGI

4. Name of Judge assigned to your case
   LaKeyshia Greer Issac Magistrate Judge

5. Approximate date of filing lawsuit
   April 2023

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.    Jan 24, 2024

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case was dismissed with Prejudice As frivolous and for failure to state a claim, A Cognizable constitutional claim for relief

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   N/A

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _Demarco Ladrell Marquiz Woodard_

    Defendant(s) _Burl Cain, commissioner of the M.D.O.C._

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _U.S. District Court For the southern District of Miss._

3. Docket or index number

    _3:23-CV-02992-CWR-RPM_

4. Name of Judge assigned to your case

    _Magistrate Judge Robert P. Myers, Jr_

5. Approximate date of filing lawsuit

    _Oct 2023_

6. Is the case still pending?

    ☑ Yes
    ☐ No

    If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _Still Pending_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 10, 2025

Signature of Plaintiff: Demarco L.M. Woodard
Printed Name of Plaintiff: Demarco Ladrell Marquiz Woodard
Prison Identification #: 65123
Prison Address: L.C.D.F. 2001-5th S.P.
Meridian, MS 39307

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number:
E-mail Address: